UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 22-1026 |
| V. | : | CRIMINAL ACTION |
| Sadaf Saeidi | : | ORDER OF RELEASE |

The Court orders the defendant, Sadaf Saeidi, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: Comply with conditions of PTD.

_____    2/3/2022
DEFENDANT                          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

2-8-22
_____
DATE